IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CARY L. HILL and JANIE H. HILL,** | ) |
| **Plaintiffs,** | ) |
| vs. | ) CIVIL ACTION NO. 17-00154-KD-N |
| **OCWEN LOAN SERVICING LLC,** | ) |
| **Defendant.** | ) |

## ORDER

This action is before the Court on notice from the parties that the action has settled. The parties report that they have settled in principle, but additional time is necessary to complete the settlement documentation.

Accordingly, pursuant to Rule 41(a)(2)[1] of the Federal Rules of Civil Procedure, this action is **DISMISSED with prejudice** from the active docket of this Court **subject to the right of either party to reinstate the action within sixty (60) days of the date of this Order** should the settlement agreement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

DONE and ORDERED this 25th day of May 2018.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] *See* Fed. R. Civ. P. 41(a)(2) ("Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper.").